GEORGE KERN, INC., Respondent, v. ALFRED EBERS, Individually and as Secretary, etc., Defendant, Impleaded with ALFRED EBERS, Sued Herein as ALFRED EWERS, Individually, and Another, Appellants.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

INTERBOROUGH RAPID TRANSIT COMPANY, Respondent, v. EDWARD P. LAVIN, Individually and as President of the CONSOLIDATED RAILROAD WORKERS UNION OF GREATER NEW YORK and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISIDORE WEIL and Another, Respondents, v. EDMOND WEIL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISIDORE WEIL and Another, Respondents, v. EDMOND WEIL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NYA AKTIEBOLAGET SVENSKA MASKINVERKEN, Respondent, v. MIANUS DIESEL ENGINE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES H. SIEGELMAN, Respondent, v. 38TH STREET & PARK AVENUE CORP. and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE CASTA, Respondent, v. JOSEPH CASTA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

In the Matter of the Petition of GEORGE W. WICKERSHAM, as General Guardian of the Estate of GLORIA LAURA MORGAN VANDERBILT, Infant, for Leave to Draw and Apply Money for Support and Education. GEORGE W. WICKERSHAM, as General Guardian, etc., Appellant; JOHN GODFREY SAXE, Special Guardian, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of .the Application of EDWARD P. MORSE in Respect to the Election of Directors of The Bank of America.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; McAvoy, J., dissents.

SARAH R. MANN, Respondent, v. CHALLENGE REFRIGERATOR COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATIONAL AMERICAN COMPANY, INC., Appellant, v. AMERICAN NATIONAL COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM BERINSTEIN, Respondent, v. VAN RENSSELAER ESTATES, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PACIFIC BANK, Respondent, v. FRANK WORTH, Appellant.— Order affirmed,